IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DURRELL PUCKETT,** | Case No. 2:22-cv-00476 CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **HEATH, et al.,** | |
| Defendant. | |

The Court, having considered the Defendants' motion to modify the scheduling order, and good cause having been shown:

**IT IS ORDERED:** The Defendants' motion to modify the scheduling order (ECF No. 59) is granted. The deadlines to complete discovery and file dispositive motions are vacated. These deadlines will be re-set following the Court's ruling on Plaintiff's motion to amend and, if granted, the filing of a responsive pleading by any new defendants.

Dated:  July 26, 2024

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE