UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DURRELL ANTHONY PUCKETT,

Plaintiff,

v.

HEATH, et al.,

Defendants.

No.  2:22-cv-0476 DJC CKD P

ORDER

Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On October 31, 2024, plaintiff filed his third request for the appointment of counsel.  Plaintiff's previous requests were filed on March 14, 2022, and January 9, 2023.  All requests were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 66) is denied.

Dated:  November 5, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/puck0476.31.thr