1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DURRELL ANTHONY PUCKETT,              No.  2:22-cv-0476 DJC CKD P

12                 Plaintiff,

13         v.                               ORDER

14    HEATH, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking

18    relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On December 9, 2024, the Magistrate Judge filed findings and

21    recommendations herein which were served on all parties and which contained notice

22    to all parties that any objections to the findings and recommendations were to be filed

23    within fourteen days.  Plaintiff filed objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25    304, this Court has conducted a *de novo* review of this case.  Having carefully

26    reviewed the entire file, the Court finds the findings and recommendations to be

27    supported by the record and by proper analysis.  In his objections, Petitioner now

28    states that he has identified the Jane Doe defendant.  Consistent with the Magistrate

1

Judge's findings and recommendations, he is permitted to identify this individual in an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 70) are adopted in full;

2.  Plaintiff's motion to amend (ECF No. 57) is denied without prejudice to renewal once Plaintiff identifies the real name of the Jane Doe Sergeant in the second amended complaint; and

3.  This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **January 17, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

12/puck0476.805

2