UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:22-cv-0476-DJC-CKD P |
| Plaintiff, | |
| v. | ORDER |
| HEATH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without an attorney in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 19, 2025, defendants filed and served a motion to dismiss under 28 U.S.C. § 1915(e)(2)(A) asserting plaintiff made a false declaration of poverty in his application for in forma pauperis status. (ECF No. 87.) Defendants subsequently re-served the motion to plaintiff at an updated address of record pursuant to the court's order. (ECF No. 90.) Plaintiff did not oppose the motion. Accordingly, in findings and recommendations filed on October 22, 2025, the undersigned recommended this case be dismissed. (ECF No. 92.) Plaintiff filed objections to the findings and recommendations indicating, among other matters, that he was without his legal property on various dates due to prison transfers and requesting another copy of the motion and time to file a response. (ECF No. 93.) Good cause appearing, the request will be granted.

1

In addition, on May 12, 2025, plaintiff filed a request for an incarcerated witness to testify in this case. (ECF No. 86.) In light of the procedural posture of this case and pending motion to dismiss, the request for an incarcerated witness to testify is premature and will be denied.

Good cause appearing, IT IS ORDERED as follows:

1. The findings and recommendations filed on October 22, 2025 (ECF No. 92) are VACATED.

2. Within 5 days of the date of this order, defendants shall re-serve another copy of the motion to dismiss filed on May 19, 2025, to plaintiff at his address of record and shall file proof of re-service of the motion.

3. Within 30 days from the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Defendants may file a reply within 14 days of any opposition filed by plaintiff. Plaintiff is cautioned that failure to file an opposition will be deemed as consent to have the action dismissed and will result in a recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b). In addition, no further extensions of time will be granted for this purpose absent good cause shown for extraordinary circumstances outside of plaintiff's control.

4. Plaintiff's request for an incarcerated witness to testify (ECF No. 86) is DENIED without prejudice as premature.

Dated: November 18, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 puck0476.vacfr.36oppo

2