1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DURRELL ANTHONY PUCKETT,                    No.  2:22-cv-0476-DJC-CKD P

12              Plaintiff,

13         v.                                     ORDER

14    HEATH, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel under 42 U.S.C. § 1983. On

18    December 8, 2025, plaintiff filed a document styled as objections to findings and

19    recommendations, however, there are no findings and recommendations pending in this case.

20    There is a pending motion to dismiss filed by defendants on May 19, 2025, to which plaintiff has

21    not otherwise responded. Plaintiff's most recent filing styled as objections contains argument in

22    opposition to defendants' motion to dismiss and the court construes it accordingly.

23         Good cause appearing, IT IS ORDERED as follows:

24         1.  Plaintiff's document styled as objections to findings and recommendations (ECF No.

25             97) is construed as plaintiff's opposition to defendants' motion to dismiss filed on

26             May 19, 2025.

27    ////

28    ////

                                                  1

2. Defendants may file any optional reply within 14 days of this order.

Dated:  December 11, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 puck0476.oppo

2