UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DURRELL ANTHONY PUCKETT,

        Plaintiff,

    v.

HEATH, et al.,

        Defendants.

No.  2:22-cv-0476-DJC-CKD P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations, and Defendants filed a response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 100) are adopted in full;

2.  Defendants' motion to dismiss pursuant to 28 U.S.C. § 1915(e)(2) (ECF No. 87) is denied;

3.  Defendants' alternate request to revoke IFP status is granted on the ground that IFP status was improperly granted.

4.  Plaintiff is ordered to pay the remainder of the $405.00 court costs in full on or before June 1, 2026. Failure to do so will result in dismissal of this action without prejudice.

5.  This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated:   **February 24, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

puck0476.805(3)

2